**UNITED STATES of America,
Appellee,**

v.

**Antonio ALFARO, Appellant.**

**No. 11–2157.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 1, 2011.

Filed: Nov. 4, 2011.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Antonio Alfaro pleaded guilty to distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The district court[1]

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

sentenced him to 97 months in prison and 4 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence was substantively unreasonable.

We conclude that the district court did not impose an unreasonable sentence. The record reflects that the court considered relevant 18 U.S.C. § 3553(a) factors, explained why it chose not to vary downward, and imposed a sentence at the low end of the undisputed Guidelines range. *See United States v. Feemster,* 572 F.3d 455, 460–61 (8th Cir.2009) (en banc).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.